Gary J. FULLER, Appellant,

v.

BOARD OF CURATORS OF LINCOLN UNIVERSITY, Members in Personal and Individual capacities; Claude Rogers, Member of the Board of Curators of Lincoln University; John Heyward, Jr., Member of the Board of Curators of Lincoln University; Donald Wyss, Member of the Board of Curators of Lincoln University; Yvonne Wilson, Member of the Board of Curators of Lincoln University; Robert Taylor, Member of the Board of Curators of Lincoln University; Robert Culler, Member of the Board of Curators of Lincoln University; Stephana Landwehr, Member of the Board of Curators of Lincoln University; George Brooks, Member of the Board of Curators of Lincoln University, Appellees.

No. 02–3760WM.

United States Court of Appeals, Eighth Circuit.

Submitted June 26, 2003.

Decided July 2, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Gary Fuller brought a 42 U.S.C. § 1983 action against the members of Lincoln University's Board of Curators, seeking damages against them in their individual

capacities for constitutional and state law violations. He appeals only the district court's[1] adverse grant of summary judgment on his state law fraudulent-concealment claim. Upon de novo review, *see Rademeyer v. Farris*, 284 F.3d 833, 836 (8th Cir.2002), we conclude that judgment for defendants was appropriate. Undisputed evidence showed that Mr. Fuller's injury—whether it was the cancellation of his enrollment, or his non-reinstatement— did not result from concealment of a certain University policy, but from Mr. Fuller's failure to comply with requirements of which he had knowledge. *See Dechant v. Saaman Corp.*, 63 S.W.3d 293, 295 (Mo.Ct. App.2001) (elements of claim for nondisclosure or fraudulent misrepresentation).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).